IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT
STATE OF MISSOURI

| | |
|---|---|
| DALLAS ROACH,<br>　　　　Plaintiff,<br><br>vs.<br><br>AUTOASSURE, LLC,<br>　　　a limited liability corporation,<br><br>**SERVE AT:**<br>**Registered Agent**<br>**Cogency Global, Inc.**<br>**9666 Olive Blvd., Suite 690**<br>**St. Louis, Mo 63132**<br><br>　　　　Defendant. | Cause No.<br><br>*__JURY TRIAL DEMANDED__* |

## COLLECTIVE ACTION COMPLAINT

COMES NOW Plaintiff, by and through undersigned counsel, and in support of her Petition states:

### PARTIES

1. Plaintiff Dallas Roach ("Plaintiff") is an adult resident of the State of Missouri. Plaintiff's consent to be a party Plaintiff is attached and marked as Exhibit 1.

2. Plaintiff brings this action pursuant to the Fair Labor Standards Act ("FLSA") and the Missouri Minimum Wage Law ("MMWL") in order to recover unpaid overtime wages as well as other damages under the FLSA and/or MMWL.

3. Defendant AutoAssure, LLC., (hereinafter referred to as "AutoAssure" and/or "Defendant"), is and was a limited liability corporation, registered in Missouri, and doing business in Missouri and in St. Charles County.

4. Defendant is and has been throughout the relevant periods of time been an employer under 29 U.S.C. Section 203(d) and has been an enterprise engaged in interstate commerce pursuant to 29 U.S.C. Section 203(s)(1) with annual gross sales of not less than $1,000,000.

5. Defendant sells extended car warranties and is regulated by the Missouri Department of Insurance, Financial Institutions and Professional Registration.

6. The purpose of this Complaint is to recover unpaid overtime wages as well as other damages on behalf of Plaintiff and all other workers similar to Plaintiff who worked in Missouri and who were not paid time and a half for all hours worked above 40 in any workweek during the previous three years.

## JURISDICTION AND VENUE

7. This Court has original subject matter jurisdiction over Plaintiff's FLSA claims, arising under Section 207(a) of the FLSA, pursuant to 28 U.S.C. Section 1331 and 29 U.S.C. Section 216(b); this Court has supplemental jurisdiction over Plaintiff's state law claims, arising under the MMWL, pursuant to 28 U.S.C. Section 1367.

8. Venue is proper in this Court pursuant to 28 U.S.C. Section 1391(b)(2) because a large portion of the illegal behavior described herein occurred in this district.

9. Plaintiff worked at Defendant's offices located within this district at 4800 Mexico Road, Suite 200, St. Peters, M0 63376.

10. Venue is appropriate in this district because Defendant maintains an office herein and does business herein, pursuant to U.S.C. Section 1391(b)(1).

## FACTS APPLICABLE TO ALL COUNTS

11. Plaintiff worked for Defendant at its St. Peter's location as a Sales Representative, also known as Senior Sales Representatives or Service Plan Specialists, during portions of the previous three years.

12. Plaintiff brings this action on behalf of all other similarly situated "Service Plan Specialists," "Sales Representatives," "Senior Sales Representatives," and/or any other similarly situated employee, in Missouri.

13. Sales Representatives (and those similarly situated) answer inbound calls from prospective customers and make a large number of outbound calls in an effort to sell these extended car warranties.

14. Sales Representatives (and those similarly situated) sometimes work more than forty hours in a workweek.

15. Defendant, upon information and belief, did not pay to Plaintiff time and a half for his overtime hours worked, and upon information and belief, did not pay time and a half to any Sales Representatives (or those similarly situated) for hours worked above forty hours in any given workweek.

16. According to Defendant's records, during 2020 Plaintiff worked 1,869.99 regular hours during 2020 and earned $134,542.95 for those hours, averaging approximately $71.95 per hour for those hours; Plaintiff worked at least 38.82 hours of overtime for which he was paid $3,160.21, averaging approximately $81.41 per hour for those hours. Exhibit 2.

17. According to Defendant's records, during 2021 Plaintiff worked 1,117.77 regular hours and earned $76,263.14 for those hours, averaging approximately $68.23 per hour for those

hours; Plaintiff worked at least 12.66 hours of overtime and earned $1,094.19, averaging approximately $86.43 per hour for those hours. Exhibit 3.

18. Defendant inexplicably eliminated the overtime category entirely for 2023. Exhibit 4.

19. Plaintiff believes that he worked overtime hours during 2022.

20. Some of Plaintiff's bi-weekly paystubs also reflect overtime hours worked.

21. However, upon information and belief, the money paid for those hours does not reflect overtime pay but reflect earned commissions only.

22. In this way, Defendant knew that it was violating the overtime laws of the United States and Missouri but attempted to hide their violations.

23. Defendant's behavior was therefore willful in violating the FLSA and MMWL.

## VIOLATION OF THE FLSA AND MMWL

24. Defendant violated the FLSA 29 U.S.C. Section 207(a)(1) and RSMo 290.505 by employing Sales Representatives (and others similarly situated) for workweeks longer than 40 hours without paying them the statutory premium of time and half for those overtime hours.

25. Defendant knowingly, willfully, or with reckless disregard for its obligations under the FLSA and MMWL, failed to pay Plaintiff and other Sales Representatives (and others similarly situated) overtime compensation in an intentional pattern and practice to violate the laws.

26. Defendant's violation of the law was not reasonable nor made in good faith.

27. Plaintiff and those similarly situated are entitled to proper overtime wages pursuant to the FLSA and MMWL in an amount of 1.5 times their regular wages.

28. Because the violations are willful, Plaintiff and those similarly situated are entitled to these damages for the prior three years.

29.     Plaintiff and those similarly situated are entitled to their reasonable costs and attorney's fees.

## CLASS ACTION ALLEGATIONS

30.     Plaintiff is not the only Sales Representative (or other similarly situated employee) impacted by Defendant's illegal scheme to avoid its obligations under the FLSA and MMWL.

31.     Defendant's illegal compensation plan is a "policy that is alleged to violate the FLSA." *Bursell v. Tommy's Seafood Steakhouse*, 2006 WL 3227334 at *3 (S.D. Tex. Nov. 3, 2006).

32.     Upon information and belief, Defendant failed to pay dozens of Sales Representatives (or other similarly situated employees) during the past three years.

33.     Those affected by Defendant's illegal scheme should be notified of this action and given the chance to join pursuant to 29 U.S.C. Section 216(b).

## RELIEF REQUESTED

34.     Plaintiff demands a trial by jury.

WHEREFORE, Plaintiff respectfully requests judgment against Defendant AutoAssure, LLC for:

(a)     An order permitting this action to proceed as a collective action and directing notice to other Sales Representatives (and those similarly situated);

(b)     An order finding Defendant AutoAssure, LLC, liable for unpaid overtime wages, and an equal amount of liquidated damages, due to Plaintiff and those similarly situated;

(c)     An order awarding Plaintiff and other class members the costs of bringing and prosecuting this action;

(d)     An order awarding Plaintiff and other class members their reasonable attorney's

        fees;

(e)    An order awarding Plaintiff and other class members their pre and post judgment interest at the statutory rate or the highest rate permissible under the law;

(f)    All other relief deemed equitable and just.

Case: 4:23-cv-00484-SEP   Doc. #: 1   Filed: 04/17/23   Page: 6 of 7 PageID #: 6

Respectfully submitted,

**LAW OFFICES OF DERALD L. GAB, P.C**.

/s/ Bret Kleefuss
Bret C. Kleefuss, #59175
bretcharles@yahoo.com
Law Offices of Derald L. Gab
Attorneys for Plaintiff
1708 Olive Street
St. Louis, MO 63103
Phone: (314) 367-4878
Fax:    (314) 678-3998

**LAW OFFICES OF GREGORY ANDERSON**

  /s/ Gregory Anderson           .
Gregory Anderson, #58827
greg@lawofficeofgregoryanderson.com
Law Office of Gregory Anderson, LLC
1420 Strassner Drive
St. Louis, MO 63144
Phone: (314) 962-1115

Attorneys for Plaintiff